# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**VALARIE BROWN**                                                                   **PLAINTIFF**

**v.**                      **Case No. 3:18-cv-00212-KGB**

**SWIFT TRANSPORTATION CO.**
**OF ARIZONA LLC,** *et al.*,                                   **DEFENDANTS**

## ORDER

Before the Court is plaintiff Valarie Brown's motion to compel response to discovery requests (Dkt. No. 19). In her motion, Ms. Brown states that served defendants Swift Transportation Co. of Arizona, LLC ("Swift Transportation") and Germaney M. Bates with the first set of interrogatories and requests for production of documents on April 2, 2019, and that defendants failed to answer them (*Id.*). In response to Ms. Brown's motion, defendants admit that they were slow in responding to Ms. Brown's two sets of interrogatories and requests for production of documents due in part to Mr. Bates' unavailability due as a result of his employment in the oil fields and due in part to agreements for extension of time to respond (Dkt. No. 22, ¶ 1). Since Ms. Brown filed her motion to compel, defendants assert that they have responded to both sets of Ms. Brown's written discovery requests and have provided Ms. Brown documentation which is responsive to her interrogatories and requests for production of documents (*Id.*, ¶ 2). Since defendants have responded to and complied with Ms. Brown's discovery requests, the Court denies as moot Ms. Brown's motion to compel discovery requests (Dkt. No. 19).

It is so ordered this 4th day of October, 2019.

                                                         _____
                                                         Kristine G. Baker
                                                         United States District Judge